IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:07CR120 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DASHAIN D. MC JUNKIN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion to continue by the government (Filing No. 13).  Upon consideration, the motion will be granted.

**IT IS ORDERED:**

The government's motion to continue trial (Filing No. 13) is granted.  Trial of this matter is re-scheduled for **June 4, 2007,** before Chief Judge Joseph F. Bataillon and a jury.

DATED this 10th day of May, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge